**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------

**LEONARD MCKENZIE**
**also known as**
**Muhsin Muhammad**

                                      **Plaintiff,**

    **-v.-**
                                        **Civil Action No.**
                                      **9:01-cv-1496 (GLS/GJD)**

**SGT. MARTENS**

                                      **Defendants.**
--------------------------------------------------------------------------------

**APPEARANCES:**

**LEONARD MCKENZIE**
**also known as**
**Muhsin Muhammad**
**Plaintiff Pro Se**
**00-A-2980**
**Five Points Correctional Facility**
**State Route 96, P.O. Box 119**
**Romulus, New York 14541**

| | |
|---|---|
| **ELIOT SPITZER, ESQ.** | **SENTA B. SIUDA, ESQ.** |
| **NEW YORK STATE ATTORNEY GENERAL** |    **Assistant Attorney** |
| |    **General** |

**615 Erie Boulevard West**
**Suite 102**
**Syracuse, New York 13204-2455**

**GARY L. SHARPE,**
**U.S. DISTRICT JUDGE**

## ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Gustave J. DiBianco duly filed August

25, 2005.  Following ten days from the service thereof, the Clerk has sent the

file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed August 25, 2005 is ACCEPTED in its entirety for the reasons stated, and it is further

ORDERED, that defendant Marten's motion for summary judgment (Docket No. 70) is GRANTED, and the amended complaint is DISMISSED IN ITS ENTIRETY; and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

IT IS SO ORDERED

Dated:   September 23, 2005
         Albany, New York

_____
Gary L. Sharpe
U.S. District Judge